IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 1:97-cr-00027-MP

LAWRENCE GLENN SANGAREE, JR.,
        a/k/a LARRY SANGAREE,
        a/k/a MITCHELL PORTER,
        a/k/a JOHN PARKER,
TERRI LYNN SANGAREE,
        a/k/a TERRI MORRIS,
PETER ALBERT BARNUM,
        a/k/a PETE BARNUM,
        a/k/a DENNIS McGREGOR,
        a/k/a PETER RANDALL, and
MAXINE MARIE BARNUM,
        a/k/a MAXINE WOLF,
        a/k/a C. K. BEAUMONT,
        a/k/a CYNTHIA BEAUMONT,

        Defendants.
_____/

# O R D E R

This matter is before the Court on Doc. 319, Motion for Release of Funds for Payment to Victims, filed by the Government.  In the motion, the Government states that approximately $1,440,423.20 is being held by the Clerk of the Court for the Northern District of Florida, and an additional $301,469.58 is being held in the Assets Forfeiture Fund.  The Government requests that these funds be released on a pro rata basis to victims identified by the Department of Justice. The Motion states that:

1.      During the past several years, the United States Attorney's Office and federal agencies have attempted to locate and liquidate assets of various defendants.

2.      To date, numerous assets were located and liquidated, and the proceeds were collected for payment as restitution.

3.      As of the date of the motion, approximately $1,440,423.20 was being held (in an interest bearing account) by the Clerk of the Court, Northern District of Florida.  Additionally, approximately $301,469.58 was being held in the Department of Justice, Assets Forfeiture Fund.

4.      Numerous potential victims were identified and given an opportunity to file a Petition for Remission.

5.      All of the filed Petitions were reviewed by the Federal Bureau of Investigations. Recommendations were then made by the FBI.  The USAO also made recommendations.

6.      The Department of Justice, Asset Forfeiture and Money Laundering Section, has made the final decision as to which victims should be paid.

7.      Approximately $5,408,372 in valid claims were made.  Victims will be paid on a pro rata basis.

8.      The Government also advises that some of the funds to be distributed have been seized and forfeited from Robert Petrie, a co-defendant prosecuted in case number 1:98-cr-00019 and a coconspirator in this case.

9.      The Court is aware that payments set out below may vary slightly because of interest accruing on the funds held by the Government as well as costs incurred by the United States Marshal Service.

**THE COURT FINDS** that the following is a list of victims as identified by the

Government, along with close approximations of payments the Government intends to make to each victim:

1.   Donald Mumford shall be paid $13,885.80 from the Assets Forfeiture Fund and $66,459.89 from money held by the Clerk of Court, Northern District of Florida, for a total of $80,345.69.  The payment shall be made to Donald Mumford, care of Marvin T. Dubin at: 600 Rand Building, 14 Lafayette Square, Buffalo, NY, 14203-1906.

2.   Robert D. Norman shall be paid $11,386.35 from the Assets Forfeiture Fund and $54,497.11 from money held by the Clerk of Court, Northern District of Florida, for a total of $65,883.46.  The payment shall be made to Robert D. Norman at: 1020 Gail Ferrell Drive, Durant, OK, 74701.

3.   Xavier J. Rossell shall be paid $9,275.71 from the Assets Forfeiture Fund and $44,395.21 from money held by the Clerk of Court, Northern District of Florida, for a total of $53,670.92.  The payment shall be made toXavier Jordana Rossell, AndCapital S.A., at: Plaça Rebés Num. 8, 2nd Floor, Andorra La Vella, Principado de Andorra.

4.   Art Wilson shall be paid $11,108.64 from the Assets Forfeiture Fund and $53,167.91 from money held by the Clerk of Court, Northern District of Florida, for a total of $64,276.55.  The payment shall be made to Art Wilson, care of Kenneth W. Sukhia, at: 101 N. Monroe Street, Suite 1090, Tallahassee, FL, 32301.

5.   Andersen Jacobs Inc. shall be paid $21,661.84 from the Assets Forfeiture Fund

and $103,677.43 from money held by the Clerk of Court, Northern District of

Florida, for a total of $125,339.27.  The payment shall be made to Andersen

Bjornstad Kane Jacobs Inc., care of Sandip Soli, at: 701 Fifth Avenue, Suite 3600,

Seattle, WA, 98104-7010.

6.     Robert Meersseman shall be paid $14,563.42 from the Assets Forfeiture Fund and

$69,703.13 from money held by the Clerk of Court, Northern District of Florida,

for a total of $84,266.55.  The payment shall be made to Robert Meersseman at:

803 Rd 6 Leamington, Ontario, Canada, N8H 3V8.

7.     Jose Mareco shall be paid $6,387.47 from the Assets Forfeiture Fund and

$30,571.55 from money held by the Clerk of Court, Northern District of Florida,

for a total of $36,959.02.  The payment shall be made to José Custódio Santos

Mareco at: Rua de S. Francisco, 31, 7090-039 Alcáçovas, Portugal.

8.     Hugh Bonnick shall be paid $9,831.14 from the Assets Forfeiture Fund and

$47,053.60 from money held by the Clerk of Court, Northern District of Florida,

for a total of $56,884.74.  The payment shall be made to Hugh Bonnick, Y.P.

Seaton and Assoc. Co. Ltd., at: 52c Molynes Road, Kingston 10, Jamaica, West

Indies.

9.     Edward Herrman shall be paid $433.24 from the Assets Forfeiture Fund and

$2,073.55 from money held by the Clerk of Court, Northern District of Florida,

for a total of $2,506.79.  The payment shall be made to Edward J. Herrman, care

of Arthur J. Shelfer, Jr., at: 130 Remington Avenue, P.O. Box 2295, Thomasville,

GA, 31799.

10.     William R. Austin shall be paid $48,878.01 from the Assets Forfeiture Fund and $233,938.81 from money held by the Clerk of Court, Northern District of Florida, for a total of $282,816.82.  The payment shall be made to William R. Austin, care of Arthur J. Shelfer, Jr., at: 130 Remington Avenue, P.O. Box 2295, Thomasville, GA, 31799.

11.     Ivan Kerr shall be paid $8,609.19 from the Assets Forfeiture Fund and $41,205.13 from money held by the Clerk of Court, Northern District of Florida, for a total of $49,814.32.  The payment shall be made to Ivan Kerr, care of Arthur J. Shelfer, Jr., at: 130 Remington Avenue, P.O. Box 2295, Thomasville, GA, 31799.

12.     Duane Christopher shall be paid $4,998.89 from the Assets Forfeiture Fund and $23,925.56 from money held by the Clerk of Court, Northern District of Florida, for a total of $28,924.45.  The payment shall be made to Duane F. Christopher at: 1211 Rittenhouse Lane, Rock Hill, SC, 29732.

13.     Roberto Menconi shall be paid $1,533.99 from the Assets Forfeiture Fund and $7,341.96 from money held by the Clerk of Court, Northern District of Florida, for a total of $8,875.95.  The payment shall be made to Roberto Menconi, Mazambican Timbers, Ltd., at: Via Di Saponara, 105, 00125 Roma RM, Italy.

14.     David L. Doud shall be paid $3,054.88 from the Assets Forfeiture Fund and $14,621.18 from money held by the Clerk of Court, Northern District of Florida, for a total of $17,676.06.  The payment shall be made to David L. Doud at: 7101 West Yale Avenue, Unit 3505, Denver, CO, 80227.

15.     Ron Trujillo shall be paid $16,609.08 from the Assets Forfeiture Fund and

$79,494.00, from money held by the Clerk of Court, Northern District of Florida, for a total of $96,103.08.  The payment shall be made to Ron R. Trujillo at: 736 Main Avenue, Durango, CO, 81301.

16.    Dirck Hecking shall be paid $23,605.86 from the Assets Forfeiture Fund and $112,981.81 from money held by the Clerk of Court, Northern District of Florida, for a total of $136,587.67.  The payment shall be made to Dirck Hecking, Estate of Starship Airlines, Inc., at: 6215 Coffman Road, Indianapolis, IN, 46268.

17.    Frederick Andrieni, Jr, shall be paid $15,274.38 from the Assets Forfeiture Fund and $73,105.85 from money held by the Clerk of Court, Northern District of Florida, for a total of $88,380.23.  The payment shall be made to Frederick Paul Andrieni, Jr. at: 2478 Greenglad Road, Atlanta, GA, 30345.

18.    Ronald Strahan shall be paid $8,331.48 from the Assets Forfeiture Fund and $39,875.93 from money held by the Clerk of Court, Northern District of Florida, for a total of $48,207.41.  The payment shall be made to Ronald Strahan, d/b/a Federal Waste Management, at: 14001 Plymouth Crossing, Edmond, OK, 73013.

19.    Aly Elleithee shall be paid $4,721.17 from the Assets Forfeiture Fund and $22,596.36 from money held by the Clerk of Court, Northern District of Florida, for a total of $27,317.53.  The payment shall be made to Aly W. Elleithee, d/b/a American Leasing International, Inc., at: 6344 Nicholson Street, Falls Church, VA, 22044.

20.    Henry and Jean Gannett shall be paid $19,995.55 from the Assets Forfeiture Fund and $95,702.24 from money held by the Clerk of Court, Northern District of

Florida, for a total of $115,697.79.  The payment shall be made to Henry and Jean Gannett, d/b/a Park Place, Inc., at: 683 Ironbark Circle, Orinda, CA, 94563.

21.     Roger Lammers shall be paid $47,211.71 from the Assets Forfeiture Fund and $225,963.62 from money held by the Clerk of Court, Northern District of Florida, for a total of $273,175.33.  The payment shall be made to Roger Lammers, d/b/a World Car Ltd., at: 2963 Country Place Circle, Carrollton, TX, 75006.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, to Allow Payments of Funds, it is hereby

**ORDERED AND ADJUDGED:**

The previously-described funds in the Government's possession shall be paid to the victims as set out above and according to law.

**DONE AND ORDERED** this __*3rd*__ day of January, 2008

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge